# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 19, 2012

Lyle W. Cayce
Clerk

_____

No. 11-60057

_____

NEW ORLEANS DEPOT SERVICES, INCORPORATED,

Petitioner,

vs.

DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, US DEPARTMENT OF LABOR; NEW ORLEANS MARINE CONTRACTORS; SIGNAL MUTUAL INDEMNITY ASSOCIATION LIMITED,

Respondents.

_____

Petition for Review of an Order of the
Benefits Review Board

_____

ON PETITION FOR REHEARING EN BANC

(Opinion July 25, 2012, 5 Cir., 2012, 689 F.3d 400)

Before STEWART, Chief Judge, KING, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.